**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA,**

    Plaintiff(s),

v.   CASE NO:  8:11-CV-2503-T-30TBM

**B.A.T.M., a minor, etc. et al.,**

    Defendant(s).
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal Without Prejudice (Dkt. #3).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on November 30, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2503 dismiss 3.docx