UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCHOOL BOARD OF PINELLAS
COUNTY, FLORIDA,

    Plaintiff(s),

v.                      CASE NO: 8:11-CV-2503-T-30TBM

B.A.T.M., a minor, etc. et al.,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal Without Prejudice (Dkt. #3). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on November 30, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2503 dismiss 3.docx